UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Windsor Allen_

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_NYCPD 5 -Transit Bureau Headquarters'_
_Arresting Officer ID: # 946274_
_(NYC Police Department)_
_— See Attached Information Sheet —_
_— Crim History Dismissed Case Sheet_

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

# 15 CV 3494

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
(check one)

*2015 APR 27 A 10: 32   RECEIVED PRO SE OFFICE*

**I.   Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name _Windsor Allen_
              ID # _NYSID: 11641630Y   B: 441.15.00141_
              Current Institution _V.C.B.C. - (Vernon C. Bain Center)_
              Address _One Halleck St_
                      _Bronx New York 10474_

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name _NYPD officer ID#946274_   Shield # _(Officer Hid Badge)_   _Recorded on cell video_
                  Where Currently Employed _NYCPD 5 (Transit Bureau HQ)_
                  Address _NYPD Transit District 2_
                          _West Broadway and Lispenard St (Subway Station) NY NY 10013_

*Rev. 05/2010*                                    1

Defendant No. 2    Name _Other Officer ID unknown_ Shield #_____
                   Recorded on Video (Cell Device)
                   Where Currently Employed _Same as above officer_
                   Address _____

Defendant No. 3    Name _Supervisor_ Shield # _No Badgeworn_
                   Where Currently Employed _____
                   Address _N/A_

Defendant No. 4    Name _____ Shield #_____
                   Where Currently Employed _____
                   Address _N/A_

Defendant No. 5    Name _____ Shield #_____
                   Where Currently Employed _N/A_
                   Address _____

II.  **Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?
_The event occured at the place of Chambers st underground Subway station - as to where the "J" Train stops_

B.  Where in the institution did the events giving rise to your claim(s) occur?
_On the Subway stations' Platform at Chambers st Subway station stop - off of the "J" Train Line_

C.  What date and approximate time did the events giving rise to your claim(s) occur?
_October 26/27 2011 around Night to Next day 12:45pm (Case became dismissed on April 27th 2012) —Hence the time of this claim is able to be filed_

**D. Facts:** <ins>Note officers Later Hid Badges/Gave us No Names But Recorded on Video</ins>

<ins>On the Date above I and friends also the News Crew (Channel 11 - Pix 11 News)</ins>

*[label: What happened to you?]*

<ins>Mike Gillium — were approached by NYC Police Dept. officers and were</ins>
<ins>harassed by the officers for simply having filmed a story within</ins>
<ins>the New York City Transit Underground Subway area on the Platform.</ins>
<ins>As the officers approached us they first pulled aside the News Crew</ins>

*[label: Who did what?]*

<ins>(Mike Gillium including his Film assistant) expressed concerns and</ins>
<ins>dismissed the News Crew, But thereafter the dismissal approached us</ins>
<ins>for having simply consulted the News Crew Based upon some information</ins>
<ins>we expressed about terrorism concerns. The officers during this</ins>
<ins>instance Harassed us but were filmed with a smartphone secretly</ins>

*[label: Was anyone else involved?]*

<ins>of which video I still hold til this day currently on my Facebook</ins>
<ins>and soon will be placed on youtube. It were thereafter the</ins>
<ins>harassment exerted that the officers arrested us bringing us</ins>
<ins>to the transit precinct to interrogate us about what information</ins>
<ins>we knew of, exerting threats, thus after our unwillingness to</ins>
<ins>comply because of our fear, the officers had given us Bogus</ins>

*[label: Who else saw what happened?]*

<ins>trustpassing charges, having us spend hours locked up at precinct</ins>
<ins>at worse keeping camera/Expensive Equipment</ins>
<ins>                                    For more on Terrorism/Concerns See Attached.</ins>

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

<ins>I sustained very minor injuries. Just Scratches and</ins>
<ins>Bruses to be honest, But the Jail time including</ins>
<ins>Precinct time (Hours in cell without food or water)</ins>
<ins>Had taken its toll. The time almost lasted a day at</ins>
<ins>the precinct</ins>

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓  No ✓   <ins>I were incercerated over this issue</ins>

*Rev. 05/2010*                                                3

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _MDC (Manhattan Detention Complex) and_ _GMDC (George Motchan Detention Center)_ _BC#. 349,11/8878_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _✓_  No ____  Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____  No _✓_  Do Not Know ____

If YES, which claim(s)? _N/A_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____  No ____   _N/A_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____  No ____   _N/A_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _N/A_

1. Which claim(s) in this complaint did you grieve? _N/A_

2. What was the result, if any? _N/A_

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _N/A_

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _The incident did not have nothing to do with having happened in Jail_

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

It were for years that I had written Blatant to the precinct to get the Names of the officers who performed wrongful arrest but No response

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

It would be best if the Court looks into this matter also an injunction/rule having all Law Enforcement Personnel Undergo special Training on how to better deal with someone who wishes to give information about Terrorism Concerns.

Any Compensation would be applied to my efforts to make this training possible or any other well thought out Remedies — see attached story (Crowdrise.com)

The prefered monetary Compensation is unknown at this time as it involves having also done wrongful Jail time including missing property and mental distress - PTSD Fifty thousand $50,000 to (or up to) Fifty million - $50,000,000 (For NYPD Training)

VI. Previous lawsuits: Note Money is ment for cause of NYPD - Money also goes to them

<div style="border: 1px solid; padding: 4px; display: inline-block;">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___ No ✓ (Never filed for wrongful Arrest/Jail time)

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____

   3.  Docket or Index number _____ N/A

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit _____

   6.  Is the case still pending? Yes ____ No ____

       If NO, give the approximate date of disposition _____

   7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

   _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ____ No ✓

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1.  Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2.  Court (if federal court, name the district; if state court, name the county) _____

   3.  Docket or Index number _____

   4.  Name of Judge assigned to your case _____

   5.  Approximate date of filing lawsuit _____

   6.  Is the case still pending? Yes ____ No ____

       If NO, give the approximate date of disposition _____

   7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _16_ day of _April_, 20_15_.

                Signature of Plaintiff  _Windsor Allen_

                Inmate Number  _441.15.00141   NYSID: 11641630Y_

                Institution Address  _V.C.B.C_

                                          _One Halleck st_

                                          _Bronx NY 10474_

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _16_ day of _April_, 20_15_, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

                Signature of Plaintiff:  _Windsor Allen_

April 16, 2015

[Notary signature and seal: Frederick W. Ford, Notary Public, State of New York, No. 01FO4975371, Qualified in Bronx County, Comm. Exp. 10/22/__]

*Rev. 05/2010*          7

Search: Type in
'Seasoning'



Windsor Sidi

**DONATE**

MONEY RAISED
$0

Contact the Organizer

This is a direct to organizer fundraiser.

REPORT CENTER

MANAGE CAMPAIGN

EDIT FUNDRAISER

Organized by

### THE STORY:

My Name is Windsor Allen, An Innocent Person Fighting a Law Case:

FOR the purpose of Bettering Civil Rights For America's peoples, NOT only for my Benefit, as what had happen to me could happen to anybody turning over evidence to Law enforcement Personnel due to Potential Act Of Terrorism Concerns.

Please Read On To Understand, what Happened to me in all honesty: Note There is also an upcoming website pertaining to the below holding all proofs.

Note:This fund raiser is only to progress me to a better state (back on my feet) so I may get started As I am currently in deep hardship because of what had happened to me. There will be another Fund Raiser as After I Prove my Case I only desire to spend the rest of my life preventing anyone from encountering the atrocity I Just encountered and still working through: For the Purpose of a Better United Stated Of America.

AS NO ONE WHO TURNS OVER EVIDENCE DISCOVERED RELATIONAL TO A POTENTIAL ACT OF TERRORISM SHOULD BE MISTAKENLY ARRESTED DUE TO LAW ENFORCEMENT RECKLESSNESS/PREJUDGEMENT ONLY



### THE STORY:

My Name is Windsor Allen, An Innocent Person Fighting a Law Case:
FOR the purpose of Bettering Civil Rights For America's peoples, NOT only for my Benefit, as what had happen to me could happen to anybody turning over evidence to Law enforcement Personnel due to Potential Act Of Terrorism Concerns.
Please Read On To Understand, what Happened to me in all honesty: Note There is also an upcoming website pertaining to the below holding all proofs.

Note:This fund raiser is only to progress me to a better state (back on my feet) so I may get started As I am currently in deep hardship because of what had happened to me. There will be another Fund Raiser as After I Prove my Case I only desire to spend the rest of my life preventing anyone from encountering the atrocity I Just encountered and still working through: For the Purpose of a Better United Stated Of America.

AS NO ONE WHO TURNS OVER EVIDENCE DISCOVERED RELATIONAL TO A POTENTIAL ACT OF TERRORISM SHOULD BE MISTAKENLY ARRESTED DUE TO LAW ENFORCEMENT RECKLESSNESS/PREJUDGEMENT ONLY BECAUSE THE SITUATION INVOLVES CORRUPTED LAW ENFORCEMENT PERSONNEL.

I am looking to money for the following reasons:

(1) Funding for a Lie Detector Test Event at an accredited lie
Detector Test Place - Regarding The Devastating Incident of Events
(See Below).

(2) Acquire a Professional Lawyer to help Fight My Now Existing NYC
Pending Law Case as result of a horrifying wrongful arrest having
taken place upon me: An Arrest Due to Department Of Investigations Misconduct,
of which such resulted in my wrongful arrest for unlawful surveillance
( consensual videos meant for website project): NOTE my legal Aid
Lawyers have only ignored me barely talking to me throughout the legal
process.

(3) Expense Assistance through my current hardship: I just spent 3years
in jail because NYC neglectful Legal Aid Lawyers had Refused to
progress a legal process to Trial (see below): It's As I were just released
from jail upon a finally acquired low bail by miracle, it's due to the
issues of Reckless Arrest, Having undergone A police Beating also Many Jail Beatings, Mental Instability and Having being in
Semi-Homeless state, I am in desperate need of expense help so that I may get started on this project: Housing, Food, Laptop etc.

Incident Summary:
I am a person who long ago were in a very Dangerous situation having
witnessed some things regarded as a Potential Act of Terrorism
Concern, thus also having collected evidence relational to such
concerns with intent to report concerns to Law Enforcement Personnel.

Thereafter my secretive discrete collection of evidence moving to
report, I found my self in more danger as insider corrupted cops had
performed an unexpected Interrogational assault upon me in a private
room over such evidence they must of have over heard I had taken
from the former holders of evidence: "Revolution Muslim members".

Thereafter my attempting to report the matter including Police Beatup including my side of
story to the NYC Department Of Investigations NYPD squad members of who stepped in out of
the blue, I after having handing over the
such evidence with urgency meanwhile they established loose means of contact with me (
after I having visited numerous NYC precincts who wouldn't investigate
due to claimed jurisdiction reasons), I then found myself having
somehow been arrested by Department Of Investigation Squad members who
were entirely reckless in dealing with the matter, as so they were
quick to pass judgment through pure utter prejudgemental behaivor about the
situation of I having been assaulted by DHS officers.
Please understand that I were never arrested by the officer who beat me up, only arrested by the
NYPD NYC Department Of Investigations Squad team members WHO were Supposed to help
me also investigate the officers who beat me up.

I then spent three years in jail fighting to proceed to Trial dealing with awful Legal Aid Society
Lawyers who would not help in anyway thus I so happen to spend more time in jail waiting to

get to trial then I would have received had I actually went to trial and lost!.. It were the judges who noticed this and as a result my bail were lowered..

Currently I am out on Bail:But I am Still Waiting for Trial today. My neglectful Legal Aid Lawyers are horrible and until this very day if you asked them my side of the story, its likely they couldn't tell you as per their neglect.

Neglectful Legal Aid Lawyers: Eliza Orlins. Samuel Chizar and Pamala Jordan. Recently I had another legal aid lawyer Sadia Ahmed of who had requested my bail to be lowered and started to work with me, But now she is leaving the legal aid society. Her performance was above the rest.

MY Goal is to expose the corrupt NYC justice System and Better it somehow so that this atrocity never happen to an individual reporting a potential act of terrorism concerns again.

I NEED YOUR HELP, PLEASE BE ONE OF THE FIRST IMPORTANT FEW TO GET ME TO A LEVEL OF STABILITY SO THAT I MAY GET THROUGH THIS TIME OF DEEP HARDSHIP. I' AM NOT ASKING MUCH, JUST ENOUGH TO MAKE IT FOR NOW UNTIL I CAN FLOW THROUGH.


More Details:
It were about 3years ago, Nov 15th 2011, after I myself personally reported several items to the NYC Department Of Investigations (D.O.I) regarding a potential act of terrorism threat upon the NYC Department Of Finance Building (Plot being carried out by "Revolution Muslim" Members also having insider "Corrupted Cops" as helpful crime accomplices) that 3 NYC Department Of Investigations (D.O.I) squad members of who were assigned to investigate my numerous placed Police Department reports regarding an Interrogational beating carried out upon me by 3 D.H.S police members in a private room for NYC Department Of Finance Key Cards I Held (looking to report to special investigations):
The D.O.I through reckless prejudgemental behavior in disbelief that I were ever interrogatively beaten by police, and through their exhibit of extremely short unconcerned attention spans and laughter had arrested me for "Unlawful Surveillance PL 250.45" concerns of which could have been resolved in 5min or less: MEANWHILE knowing they did not have my entire story regarding the situation of events because of a D.O.I deferred scheduled meeting that the D.O.I were supposed to have with me at 42st 5th Ave NYC Public Library Nov 10th 2011 whereby the cause of deviation were reason of that the wanted to first address snack wanting purposes (Dunkin Donuts and Jamba Juice) before meeting were to take place: Department Of Investigations Nov 10th 2011 never came back to 42st 5th ave meanwhile I waited 5 hours plus at the

location - D.O.I were prejudgemental about Police Beat up situation labeling me a homeless bum, had taken some evidence I had given them (See Below) after I signed an investigative consent form meanwhile promising to come back to NYC Public Library for discussion but never had. D.O.I had ended up rummaging through shareware smartphone looking at various electronic stored information on the device fitting accusations to things they found WITHOUT MY SIDE OF STORY.

The items turned over to the Department Of Investigations:
(1) a website project smartphone shareware device -not personal (2) a Micro SD card - suspicious for police tamper (3) NYC Department Of Finance Pass Key Cards - Meant for classified NYC Department Of Finance door entry (4) Canadian Money - Meant for bank tracing reasons and more evidence..

Sho

Best Wishes for Law Enforcement to Receive Better Training Regarding these Matters

Windsor Allen

This was sent Back wrongly!

Note!!

See Circled Date

This is Not a late Claim: 3yr Statue is still in. Jail time ended - April 26 2012.

Arrest/Charge Information
Arrest Date: October 27, 2011 12:45 pm (12:45:00)

| | |
|---|---|
| Fax Number: | M57185 |
| Place of Arrest: | NYCPD 5 |
| Arrest Type: | Unknown |
| Date of Crime: | October 27, 2011 |
| Place of Crime: | New York County, NY |
| Criminal Justice Tracking No.: | 65110960P |
| Arresting Agency: | NYCPD Transit Bureau Headquarters |
| Arresting Officer ID: | 946274 |
| Arrest Number: | M11693123 |
| Arraignment: | New York County Criminal Court |

Arrest Charges:
-- Criminal Trespass 3rd: Property Fenced in or Enclosed
PL 140.10   Sub 0A   Class B Misdemeanor Degree 3 NCIC 5707

## Court Case Information

--Court: New York County Criminal Court   Case Number: 2011NY077586

October 27, 2011
**Initial Report Of Docket Number**

October 27, 2011
**Arraigned**
-- Criminal Trespass 3rd: Property Fenced in or Enclosed
PL 140.10   Sub 0A   Class B Misdemeanor NCIC 5707

October 27, 2011
**Adjourned In Contemplation Of Dismissal CPL170.55**

April 26, 2012
**Dismissed After Adjournment In Contemplation Of Dismissal CPL170.55**
-- Criminal Trespass 3rd: Property Fenced in or Enclosed
PL 140.10   Sub 0A   Class B Misdemeanor NCIC 5707

April 27, 2012
**Sealed Upon Termination Of Criminal Action In Favor Of The Accused CPL160.50**

RECEIVED SDNY PRO SE OFFICE 2015 APR 27 A 10:32

● **Other History Related Information**
There is no Other History Related Information associated with this history.

● **Job/License Information**
There is no Job/License Information associated with this history.

WARNING: Release of any of the information presented in this computerized Case History to unauthorized individuals or agencies is prohibited by federal law TITLE 42 USC 3771b.



Allen Windsor
44115-00141
VCBC
One Halleck St
Bronx, NY
10474

Legal Mail

RECEIVED
SDNY PRO SE OFFICE
2015 APR 27 A 10:31

USPS

CLERK
Daniel Patric Moynihan United States Court House
Southern District of New York
United States District Court
500 Pearl Street - New York, NY 10007-1312
Pro se
JRB 4/24/15

Official Business

Official Business

Legal Mail

Equality FOREVER 2012
Liberty FOREVER 2012